## Kandies v. Branker
## Exhibits

1. Affidavit of Catherine Grosso and Barbara O'Brien

2. *State v. Kandies*, Court Clerk Jury Seating Chart

3. Affidavit of Lillian Rawlinson

4. Affidavit of Barrie Wallace with Tab A, Criminal Records for Kinnecom, Mayberry, Glass, Spivey, Furniss-Rose, Summey, Cross, Seiver; and Tab B, *State v. Poindexter* Jury Selection Chart

5. Affidavit of Fred Campbell

6. *State v. Kandies*, Pre-Trial Motions Transcript excerpt

7. *State v. Trull*, Jury Selection Transcript excerpt

8. Order, *State v. Trull*

9. Affidavit of Clark R. Bell

10. Affidavit of Frank Wells

11. Affidavit of C. Pierre Oldham

12. Affidavit of Richard Roose

13. *State v. Johnston,* newspaper article

14. *State v. Kandies*, Chart of Venire Members